### GOSS contᵃ PELTON

Phillip Goss plaint. contᵃ Samuel Pelton maʳ of the Katch Blessing Defendᵗ in an action of debt due for worke done onboard sᵈ Katch for about the space of eleven months being Shipped by sᵈ Pelton here at Boston about the. 24ᵗʰ of. 7ᵇʳ at two pounds one Shilling per month in Silver and so Sayled to Virginia and from thence to England and so hither again and was put out of pay. 25ᵗʰ of August last past and the wages due to the plaint. not being paid is greatly to his damage being twenty two pounds eleven Shillings in Silver this wᵗʰ due damages: . . . The Jury . . . found for the plaint. Five pounds Sixteen Shillings in money in full ballᵃ of all Accoᵗˢ and costs of Court

allow^d Seventeen Shillings: Upon the Question propounded The Jury declared in Court they gave judgem^t onely according to thirty six Shillings per month. [ **612** ]